| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-14492-GM |
|---|---|
| In re<br><br>Pedro Edgardo Calderon Paniagua<br><br><br>Debtor(s). | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY RULE 3015-1(m) |

I, __Pedro Edgardo Calderon Paniagua__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __4/17/2010__.

2. I am the owner of real property[1] at the following street address:

   __13029 Vanowen St, Apt 2__

   __North Hollywood, Ca 91605__ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __Well Fargo Home Mortgage__.

   b. Second deed of trust in favor of __Bank of America (Lam Motion)__ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 3015-1.4
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
Local Bankruptcy Rule 3015-1(m) - Page 2 of 5

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Pedro Edgardo Calderon Paniagua | | |
| | Debtor(s). | CASE NUMBER 1:10-bk-14492-GM |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Wells Fargo Home Mortgage<br>PO BOX 30427<br>Los Angeles, Ca 90030-0427 | $911.74 | 1-15th May 2010 | 05/04/2010 |
| Creditor | | | |
| | | | |
| Creditor | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 5

| In re<br>Pedro Edgardo Calderon Paniagua<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 1:10-bk-14492-GM |
|---|---|

6. Attached to this declaration are copies of the:

    ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

    ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

    ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

    ☐ acknowledgment(s) signed by the Creditor's representative, or

    ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

    I declare under penalty of perjury that the foregoing is true and correct.

Date  May 7, 2010          Signature  _____
                                      Pedro Edgardo Calderon Paniagua
                                      Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
4  Email: lbishopbk@yahoo.com
   Attorney for Debtor(s)

5              UNITED STATES BANKRUPTCY COURT

6        CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

7
   In Re:                              CHAPTER 13
8                                      CASE NO: 1:10-Bk-14492-GM
   Perdo Edgardo Calderon Paniagua
9
                                       DECLARATION RE: MORTGAGE PAYMENT SENT
10              Debtor(s)              TO LENDER(s)
                                       [NO HEARING REQUIRED]
11

12

13  I, Perdo Edgardo Calderon Paniagua, am the debtor in this case, and the statements made herein are

14  true and of my own knowledge and if called upon and sworn, I could and would testify competently

15  thereto.

16     On May 04, 2010 I purchased and sent the mortgage payment $911.74 to my lender –Wells

17  Fargo Home Mortgage, to the following address:  PO BOX 30427 Los Angeles, Ca 90030-0427. See

18  attached copy of the money order(s).

19     This payment is for the month of May, 2010.
20
   I declare under penalty of perjury under the laws of the United States of America that the foregoing is
21
    true and correct.
22
    Dated: May 07, 2010                        _____
23                                                    Debtor
24

25
                                                _____
26                                                    Joint Debtor

27

28

| UNITED STATES POSTAL SERVICE® | CUSTOMER'S RECEIPT | |
|---|---|---|
| SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION **NOT NEGOTIABLE** | Loan # 0027255405 Pay to WELLS FARGO HOME MORTGAGE Address P.O. BOX 30427 LA - CA. 90030-0427 | KEEP THIS RECEIPT FOR YOUR RECORDS |
| Serial Number 17661650670 | Year, Month, Day    Post Office    Amount    Clerk | |

1:10 bk 14492 GM