1  L. Bishop Austin, Esq. (SBN 175497)
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
4  Email: lbishopbk@yahoo.com
   Attorney for Debtor(s)

5  **UNITED STATES BANKRUPTCY COURT**

6  **CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

7

| In Re: | CHAPTER 13 |
|---|---|
| Perdo Edgardo Calderon Paniagua | CASE NO: 1:10-bk-14492-GM |
| Debtor(s) | DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Perdo Edgardo Calderon Paniagua, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On May 24, 2010 I purchased and sent the Chapter 13 Plan Payment $285.00 to my Chapter 13 Trustee **ELIZABETH ROJAS** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 521566, LOS ANGELES, CA 90051-0566.** See attached copy of the money order(s). This payment is for the month of June, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 25, 2010

_____
Debtor

_____
Joint Debtor

1

## CUSTOMER'S RECEIPT

 UNITED STATES POSTAL SERVICE

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Chapter 13 trustee
Address: PO BOX 512506
Los Angeles, CA 90051-0506

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 17661657701

 UNITED STATES POSTAL SERVICE

Serial Number: 17661657701

**POSTAL MONEY ORDER**

Year, Month, Day: 2010-05-24    Post Office: 906503    U.S. Dollars and Cents: $285.00

TWO HUNDRED EIGHTY FIVE DOLLARS & 00¢ *********

Pay to: Chapter 13 trustee
Address: PO BOX 512506
Los Angeles, CA 90051-0506
Memo: Case number: 1:10-bk-14492-GM

From: Pedro P. Calderon
Address: 13029 Vanowen St. Apt 2
North Hollywood, CA 91605

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800⑆    17661657701⑊

June 2010