L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO DIVISION**

| | |
|---|---|
| In Re:<br><br>Perdo Edgardo Calderon Paniagua<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 1:10-bk-14492-GM<br><br>DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED] |

I, Perdo Edgardo Calderon Paniagua, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On June 28, 2010 I purchased and sent the Chapter 13 Plan Payment $285.00 to my Chapter 13 Trustee **ELIZABETH ROJAS** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 521566, LOS ANGELES, CA 90051-0566.** See attached copy of the money order(s). This payment is for the month of July, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 13, 2010

_____
Debtor

_____
Joint Debtor

1

Mr. Pedro E. Calderon
13029 Vanowen St. Apt. 2
N. Hollywood, CA 91605

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
CHAPTER 13 TRUSTEE
ELIZABET F. ROJAS
P.O. BOX 512566
LA, CA 90051-0566

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7009 0820 0000 6349 3173

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Envelope addressed:
CHAPTER 13, TRUSTEE
ELIZABET F. ROJAS
P.O. BOX 512566
LA, CA 90051-05[66]

---

**UNITED STATES POSTAL SERVICE**
**CUSTOMER'S RECEIPT**

JULY/10
CASE SV10-14492-GM

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

Pay to: CHAPTER 13 TRUSTEE
Address: ELIZABET F. ROJAS
P.O. BOX 512566 - LA, CA, 90051-0566

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 17661674092
Year, Month, Day: 2010-06-28
Post Office: 906503
Amount: $285.00
Clerk: 0001

---

**UNITED STATES POSTAL SERVICE**
**POSTAL MONEY ORDER**

Serial Number: 17661674092
Year, Month, Day: 2010-06-28
Post Office: 906503
U.S. Dollars and Cents: $285.00

Amount: TWO HUNDRED EIGHTY FIVE DOLLARS & 00¢ **********

Pay to: CHAPTER 13 TRUSTEE, ELIZABET F. ROJAS
Address: P.O. BOX 512566 - LA. CA. 90051-0566
From: PEDRO E. CALDERON PANIAC
Address: 13029 VANOWEN ST. #2 N. Hollywood CA 91605
Memo: CASE # SV10-14492-GM
Clerk: 0001

© 2008 United States Postal Service. All Rights Reserved.
SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800 2⑆    ⑆7661674092⑈