| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER 1:10-bk-14492-GM |
| In re<br><br>Pedro Edgardo Calderon Paniagua<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Pedro Edgardo Calderon Paniagua** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **4/17/2010**.

2. I am the owner of real property[1] at the following street address:

   **13029 Vanowen St, Apt 2**

   **North Hollywood, Ca 91605**    (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of **Well Fargo Home Mortgage**.

   b. Second deed of trust in favor of **Bank of America (Lam Motion)** *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**
*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re<br>Pedro Edgardo Calderon Paniagua<br><div align="right">Debtor(s).</div> | CHAPTER 13<br>CASE NUMBER 1:10-bk-14492-GM |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Wells Fargo Home Mortgage**<br>**PO BOX 30427**<br>**Los Angeles, Ca 90030-0427** | $911.74 | 1-15th May 2010 | 05/04/2010 |
|  | $911.74 | 1-15th June 2010 | 05/24/2010 |
|  | $911.74 | 1-15th July 2010 | 06/28/2010 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*  F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | CHAPTER 13 |
|---|---|
| Pedro Edgardo Calderon Paniagua  Debtor(s). | CASE NUMBER 1:10-bk-14492-GM |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  July 13, 2010                    Signature  _____
                                                  Pedro Edgardo Calderon Paniagua
                                                  Debtor

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In Re: | CHAPTER 13 |
|---|---|
| Perdo Edgardo Calderon Paniagua | CASE NO: 1:10-Bk-14492-GM |
| Debtor(s) | DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s) [NO HEARING REQUIRED] |

I, Perdo Edgardo Calderon Paniagua, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On June 28, 2010 I purchased and sent the mortgage payment $911.74 to my lender –Wells Fargo Home Mortgage, to the following address: PO BOX 30427 Los Angeles, Ca 90030-0427. See attached copy of the money order(s).

This payment is for the month of July, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 13, 2010

_____
Debtor

_____
Joint Debtor



## Return Receipt (PS Form 3811)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WELLS FARGO HOME MTG
   P.O. BOX 30427
   LA, CA 90030-0427

2. Article Number (Transfer from service label): 7009 0820 0000 6349 3227

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): [illegible]   C. Date of Delivery: JUL 01 2010
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below.

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

## USPS Sales Receipt

```
PADDISON SQUARE STATION
NORWALK, California
906509997
0544850171 -0097
05/24/2010   (800)275-8777   02:59:03 PM

                Sales Receipt
Product         Sale  Unit         Final
Description     Qty   Price        Price

Dom. Money Order 17661657712       $285.00
Domestic Money Order Fee             $1.10
        Subtotal:                  $286.10
Dom. Money Order 17661657723       $911.74
Domestic Money Order Fee             $1.50
        Subtotal:                  $913.24

Total:                           $1,199.34

Paid by:                         $1,199.34
Debit Card
   Account #:        XXXXXXXXXXXX2201
   Approval #:       135072
   Transaction #:    777
   23 903180461
   Receipt#:         005239
```

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

Bill#: 1000303616154
Clerk: 01

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy