| A8ttorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-14492-GM |
| In re<br><br>Pedro Edgardo Calderon Paniagua<br><br>Debtor(s). | **DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY<br>RULE 3015-1(m)** |

I, __Pedro Edgardo Calderon Paniagua__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __4/17/2010__.

2. I am the owner of real property[1] at the following street address:

   __13029 Vanowen St, Apt 2__

   __North Hollywood, Ca 91605__                                   (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of __Well Fargo Home Mortgage__.

   b. Second deed of trust in favor of __Bank of America (Lam Motion)__ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*   F 3015-1.4

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 3*

| In re | | CHAPTER 13 |
|---|---|---|
| Pedro Edgardo Calderon Paniagua | | |
| | Debtor(s). | CASE NUMBER 1:10-bk-14492-GM |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| **Wells Fargo Home Mortgage PO BOX 30427 Los Angeles, Ca 90030-0427** | $911.74 | 1-15th May 2010 | 05/04/2010 |
| | $911.74 | 1-15th June 2010 | 05/24/2010 |
| | $911.74 | 1-15th July 2010 | 06/28/2010 |
| Creditor | $911.74 | 1-15th August 2010 | 07/28/2010 |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2] Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3] A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4] Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                         Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | | CHAPTER 13 |
|---|---|---|
| Pedro Edgardo Calderon Paniagua | | |
| | Debtor(s). | CASE NUMBER 1:10-bk-14492-GM |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,   ☒ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  August 05, 2010                    Signature  _/s/ (signed)_
                                         Pedro Edgardo Calderon Paniagua
                                         Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Perdo Edgardo Calderon Paniagua<br><br>Debtor(s) | CHAPTER 13<br>CASE NO: 1:10-Bk-14492-GM<br><br>DECLARATION RE: MORTGAGE PAYMENT SENT TO LENDER(s)<br>[NO HEARING REQUIRED] |

I, Perdo Edgardo Calderon Paniagua, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On July 28, 2010 I purchased and sent the mortgage payment $911.74 to my lender Wells Fargo Home Mortgage, to the following address: PO BOX 30427 Los Angeles, Ca 90030-0427. See attached copy of the money order(s).

This payment is for the month of August, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 05, 2010                    _____
                                            Debtor

                                            _____
                                            Joint Debtor

**CUSTOMER'S RECEIPT**

UNITED STATES POSTAL SERVICE

CASE SV10-14492-GM    LOAN # 0027255405

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

Pay to: WELLS FARGO HOME MORTGAGE
Address: P.O. BOX 30427
LOS ANGELES CA. 90030-0427

KEEP THIS RECEIPT FOR YOUR RECORDS

NOT NEGOTIABLE

Serial Number: 18057509493
Year, Month, Day: 2010-07-28
Post Office: 906503
Amount: $911.74
Clerk: 0001

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number: 18057509493
Year, Month, Day: 2010-07-28
Post Office: 906503
U.S. Dollars and Cents: $911.74

NINE HUNDRED ELEVEN DOLLARS & 74¢ **************

Pay to: WELLS FARGO HOME MORTGAGE
Address: P.O. BOX 30427 L.A. CA. 90030-0427
Memo: CASE SV10-14492 GM LOAN # 0027255405
From: PEDRO E. CALDERON P.
Address: 13029 VANOWEN ST # N. Hwd CA 91605.
Clerk: 0001

:00000800 2:    18057509493"

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

WELLS FARGO HOME MORT.
P.O. BOX 30427
LA. CA 90030-0427

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7009 0820 0000 6749 3192

---

PADDISON SQUARE STATION
NORWALK, California
905509997
0544850171-0097
(800)275-8877
7/28/2010    01:58:49 PM

Sales Receipt
Description    Qty    Unit Price    Final Price

Dom. Money Order 18057509493          $911.74
Domestic Money Order Fee              $1.50
                          Subtotal:   $913.24
Dom. Money Order 18057509504          $285.00
Domestic Money Order Fee              $1.10
                          Subtotal:   $286.10

Total:                                $1,199.34

Paid by:
Debit Card                            $1,199.34
Account #: XXXXXXXXXXXX2201
Approval #: 175073
Transaction #: 376
23 903180461
Receipt#: 000407

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

****************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
****************

Bill#: 1000030674815
Clerk: 01

All sales final on stamps and postage
Refunds for guaranteed services only