| A8ttorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-14492-GM |
| In re<br><br>Pedro Edgardo Calderon Paniagua<br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, __Pedro Edgardo Calderon Paniagua__ *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __4/17/2010__ .

2. I am the owner of real property[1] at the following street address:

    __53 Austin Run Blvd.__

    __Stafford, VA 22554_____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of __Well Fargo Home Mortgage__ .

    b. Second deed of trust in favor of __Bank of America (Lam Motion granted)__ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                F **3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                         Best Case Bankruptcy

| In re Pedro Edgardo Calderon Paniagua | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:10-bk-14492-GM |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Wells Fargo Home Mortgage PO BOX 30427 Los Angeles, Ca 90030-0427 | $911.74 | 1-15th May 2010 | 05/04/2010 |
| | $911.74 | 1-15th June 2010 | 05/24/2010 |
| | $911.74 | 1-15th July 2010 | 06/28/2010 |
| | $911.74 | 1-15th August 2010 | 07/28/2010 |
| | $911.74 | 1-15th Sept 2010 | 08/24/2010 |
| | $911.74 | 1-15th October 2010 | 09/29/2010 |
| | $911.74 | 1-15th November 2010 | 10/27/2010 |
| | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Pedro Edgardo Calderon Paniagua | Debtor(s). | CASE NUMBER 1:10-bk-14492-GM |

6. Attached to this declaration are copies of the:

☐ cashier's checks,   ☒ money orders,   ☐ certified funds, or

☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Date  November 11, 2010              Signature  /s/ Pedro Edgardo Calderon Paniagua
                                                Pedro Edgardo Calderon Paniagua
                                                Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                          F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

**Monthly Mortgage Statement**

| | |
|---|---|
| Statement Date | 10/01/10 |
| Loan Number | 0027255405 |

## For Informational Purposes

1AT    4252/004252/004252 014 01 AGNMIS 708

PEDRO E CALDERON
13029 VANOWEN ST APT 2
N HOLLYWOOD CA 91605-4820

*MP - Nov 2010*

**Customer Service**

Online
wellsfargo.com/ym

Fax
(704) 329-3393

Telephone
(800) 274-7025

Correspondence
PO Box 10335
Des Moines IA 50306

Hours of Operation
Mon - Fri, 8 AM - 5 PM CT

Payments
PO Box 30427
Los Angeles CA 90030

TTY Deaf/Hard of Hear
(800) 934-9998

**Important Messages**

### Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $911.74 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment** | **$911.74** |
| Overdue Payments | $0.00 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT 11/01/10** | **$911.74** |

**Property Address**
53 AUSTIN RUN BLVD
STAFFORD VA 22554

| | |
|---|---|
| Unpaid Principal Balance | $120,264.34 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest Rate | 5.250% |
| Interest Paid Year-to-Date | $4,763.64 |
| Taxes Paid Year-to-Date | $290.95 |
| Escrow Balance | $1,599.15 |

### Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 09/03 | MTG INS PMT | $47.14- | | | $47.14- | | HUD RISK-BASED |
| 10/01 | PAYMENT | $911.74 | $145.18 | $526.79 | $239.77 | | |

This statement is for informational purposes only and is being provided as a courtesy should you voluntarily decide to make your loan payments. This statement should not be construed as an attempt to collect a debt or a demand for payment contrary to any protections you may have received pursuant to your bankruptcy case.

If you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, we will only exercise our rights as against the property and we are not attempting any act to collect the discharged debt from you personally.

If your Plan requires you to make regular post-petition mortgage payments directly to the Bankruptcy Trustee, and you chose to maintain your mortgage payment, any payment should be remitted to the Trustee or otherwise in accordance with the Plan you filed with the Bankruptcy court.



*By No PG O-T*
*181 80 96 08 77*
*Nov 1/10*

004252/004252 AGNMIS 4252 ETM1C001 1

---

**WELLS FARGO HOME MORTGAGE**

| Loan Number | 0027255405 |
|---|---|
| Total Payment | $911.74 |

Check here and see reverse for address correction.

PEDRO E CALDERON

4252/004252/004252 014 01 AGNMIS 708



WELLS FARGO HOME MORTGAGE
PO BOX 30427
LOS ANGELES CA 90030-0427

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

| | | |
|---|---|---|
| Monthly Payment x pmt amt | A $ | 911.74 |
| Additional Principal | B $ | |
| Late Charges | C $ | |
| Other Charges | D $ | |
| Additional Escrow | E $ | |
| Total Amount Enclosed (Please do not send cash) | F $ | 911.74 |



708 0027255405 9 100000911740094821009117400000000 00000000536555835 6

## SENDER: COMPLETE THIS SECTION

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WELLS FARGO HOME MTGE
   P.O. BOX 30427
   LA, CA. 90030-0427

   NOV/10

2. Article Number (Transfer from service label): 7009 1410 0000 3340 7029

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

MADISON SQUARE STATION
NORWALK, California
90509997
0544850171-0099
(800)275-8777    10/27/2010    04:19:25 PM

Sales Receipt
Product  Sale  Unit  Final
Description  Qty  Price  Price

Dom. Money Order 1818046087 1         $911.74
Domestic Money Order Fee               $1.50
   Subtotal:                         $913.24
Dom. Money Order 1818046088 8         $285.00
Domestic Money Order Fee               $1.10
   Subtotal:                         $286.10

Total:                              $1,199.34

Paid by:
Debit Card
Account #:        XXXXXXXXXXXX2201
Approval #:       131083
Transaction #:    222
Receipt #:        23 9031804 61

000234                              $1,199.34

*******************************************
*******************************************
Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
All sales final on stamps and postage
Refunds for guaranteed services only

Bill#: 1000100732352
Clerk: 10

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage          $
Certified Fee
Return Receipt Fee
(Endorsement Required)                Postmark Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Sent To    WELLS FARGO HOME MTG.
Street, Apt. No.; or PO Box No.    P.O. BOX 30427
City, State, ZIP+4    LA, CA. 90030-0427

PS Form 3800, August 2006    See Reverse for Instructions

---

Money order:

1818046087
NOV/10
Pay to: WELLS FARGO HOME MTG
Address: P.O. BOX 30427
         LA, CA. 90030-0427
Memo: LOAN # 0022255405  CASE NO. 1:10-14492-GM
$911.74
Pedro E. Castro
13630 Bromwich St #2
Arleta, CA 91331