| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number:<br>L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD. STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax (213)388-2411<br>California State Bar Number 175497<br><br>[X] Attorney for Debtor<br>[ ] Pro Se Debtor | FOR COURT USE ONLY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 1:10-bk-14492-GM |
| In re<br><br>Pedro Edgardo Calderon Paniagua<br><br>Debtor(s) | DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, Pedro Edgardo Calderon Paniagua (Debtor's name) hereby declare

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 4/17/2010

2. I am the owner of real property[1] at the following street address

   53 Austin Run Blvd.

   Stafford, VA 22554 _____ (the "Property")

3. The Property is encumbered by the following deeds of trust

   a. First deed of trust in favor of  Well Fargo Home Mortgage

   b. Second deed of trust in favor of  Bank of America (Lam Motion granted)  (if applicable)

   c. Third deed of trust in favor of _____ (if applicable)

(Continued on next page)

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions, Evanston, IL · bestcase.com

F 3015-1.4
Best Case Bankruptcy

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Pedro Edgardo Calderon Paniagua | Debtor(s) | CASE NUMBER 1 10-bk-14492-GM |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Wells Fargo Home Mortgage PO BOX 30427 Los Angeles, Ca 90030-0427 | $911.74 | 1-15th May 2010 | 05/04/2010 |
| | $911.74 | 1-15th June 2010 | 05/24/2010 |
| | $911.74 | 1-15th July 2010 | 06/28/2010 |
| | $911.74 | 1-15th August 2010 | 07/28/2010 |
| | $911.74 | 1-15th Sept 2010 | 08/24/2010 |
| | $911.74 | 1-15th October 2010 | 09/29/2010 |
| | $911.74 | 1-15th November 2010 | 10/27/2010 |
| | $911.64 | 1-15th December 2010 | 11/27/2010 |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number

(Continued on next page)

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date

[3]A U S Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative acknowledging receipt of the Payment(s), would provide such proof

[4]Attach additional pages if necessary

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Declaration Setting Forth Prepetition Reconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 3 of 3

| In re | | CHAPTER 13 |
|---|---|---|
| Pedro Edgardo Calderon Paniagua | Debtor(s) | CASE NUMBER 1:10-bk-14492-GM |

6. Attached to this declaration are copies of the

   ☐ cashier's checks    ☒ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the

   ☒ U.S. Post Office Certificate(s) of Mailing, stamped by a U.S. Postal Service employee

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above

   I declare under penalty of perjury that the foregoing is true and correct

Date   December 16, 2010            Signature   _/s/ Pedro Edgardo Calderon Paniagua_
                                                Pedro Edgardo Calderon Paniagua
                                                Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                   F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy

**UNITED STATES POSTAL SERVICE — POSTAL MONEY ORDER**

Serial Number: 18226187831
Year, Month, Day: 2010-11-27
Post Office: 913310
U.S. Dollars and Cents: $911.64
Amount: NINE HUNDRED ELEVEN DOLLARS & 64¢ **********

DIC/10

Pay to: WELLS FARGO HOME MORTGAGE
Address: P.O BOX 30427
LA. CA 90030-0427
Memo: LOAN # 0027255405
CASE # 10-14492

For: PEDRO E. CALDERON
Address: 13029 VANOWEN ST #2
N. HWOOD CA 91605

:000006800 21: 10-14492 18226187831

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $
Certified Fee:
Return Receipt Fee (Endorsement Required):
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Postmark Here: DIC/10

Sent To: WELLS FARGO HOME MTGE.
Street, Apt No. or PO Box No: P.O BOX 30427
City, State, ZIP+4: LA, CA- 90030-0427

PS Form 3800, August 2006

7009 1410 0000 0340 7036